17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-61 |
| MAX L. JONES, CONSTANCE V. JONES, ET AL. | § § § § | |
| Defendant. | § § | |

## ORDER

BE IT REMEMBERED that on August 8, 2000, the Court GRANTED the joint motion to reset initial pretrial conference (Dkt. No. 15). The initial pretrial conference will be held on October 12, 2000, at 10:15. The Plaintiff will have served process, and the parties will have filed a Joint Discovery / Case Management Plan fourteen days prior to the initial pretrial conference.

DONE at Brownsville, Texas, this ____9____ day of August 2000.

_____
Hilda G. Tagle
United States District Judge