25

UNITED STATES DISTRICT COURT             SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

SEP 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | CIVIL ACTION: B: 00-61 |
| § | |
| MAX L. JONES, et al § | |

# Order Resetting Conference

The intial pre-trial conference set for *October 12, 2000,* has been reset to:

## October 16, 2000 at 2:00 p.m.

Signed on *September 13*, 2000 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge