$2^8$

United States District Court
Southern District of Texas
FILED

# IN THE UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF TEXAS

OCT 0 6 2000

Michael N. Milby
Clerk of Court

### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil No. B-00-061 |
| | § | |
| MAX L. JONES, CONSTANCE V. | § | |
| JONES, OCWEN FEDERAL BANK, FSB, | § | |
| F/K/A BERKELEY FEDERAL BANK | § | |
| AND TRUST, FSB, TEXAS | § | |
| WORKFORCE COMMISSION, F/K/A | § | |
| TEXAS EMPLOYMENT COMMISSION | § | |
| HARLINGEN CISD TAX COLLECTOR | § | |
| CAMERON COUNTY TAX | § | |
| ASSESSOR-COLLECTOR, TRANS WEST | § | |
| DISCOUNT CORPORATION, VALLEY | § | |
| CO-OP OIL MILL, HATTO M. BERG & | § | |
| ATLEY M. BERG, ALAMO LUMBER | § | |
| COMPANY, NAVISTAR FINANCIAL | § | |
| CORPORATION F/K/A INTERNATIONAL | § | |
| HARVESTER CREDIT CORPORATION, | § | |
| GEORGE R. TRAYLOR, GARLAND W. | § | |
| FIELDER, GULF STATES PAINT CO., and | § | |
| LARRY HOFLAND D/B/A CARD | § | |
| COMPANY | § | |

## ORIGINAL ANSWER TO CROSS-CLAIM OF HARLINGEN TAX OFFICE AND NOTICE OF DISCLAIMER

Defendants Max L. Jones and Constance V. Jones file this their Original Answer to Cross-Claim of Harlingen Tax Office and Notice of Disclaimer:

1.     The material allegations of paragraph 34 of the Cross-Claim are admitted.

2.     The material allegations of paragraph 35 of the Cross-Claim are admitted.

1

ClibPDF - www.fastio.com

3.      The material allegations of paragraph 36 of the Cross-Claim are admitted, except it is

denied that an order of foreclosure is needed with respect to the payment of taxes not yet due.

4.      These Defendants disclaim any interest in the properties described in paragraphs 37 and 43

of the Cross-Claim.

Wherefore, Defendants pray that Cross-Claimant take nothing from these Defendants and

that they be dismissed.

RESPECTFULLY SUBMITTED

O. W. Bussey, Jr.
Attorney for Max L. Jones and Constance V. Jones
Southern District # 2560
T.B.N. 03510500
5850 San Felipe, Suite 125
Houston, Texas 77057
713 334-8222
713 334-8333 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Summary Judgment of Max L. Jones and Constance V. Jones has been served on Plaintiff United States of America by United States Mail, first class, postage prepaid addressed to David B. Coffin, Trial Attorney, Civil Trial Section, Southwest Region, U.S. Department of Justice, 717 N. Harwood, Suite 400, Dallas, Texas,  Theo W. Pinson, Law Offices of Pinson & Associates, P.C., 1980 Post Oak Blvd., Suite 1860, Houston, Texas 77056, Glenn Jarvis, Esq., Law Offices of Glenn Jarvis, P.O. Box 4828, McAllen, Texas 78502-4828, Kent M. Rider, Linebarger, Heard, Goggan Blair Graham Pena & Simpson, LLP, PO Box 17428, Austin, Texas 78760, Craig Stokes, Oppenheimer, Blend, Harrison & Tate, inc., 711 Navarro, Sixth Floor, San Antonio, Texas 78205-1796. October 4th, 2000.

O. W. Bussey, Jr.

2