3 0

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**OCT 1 8 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-61 |
| | § | |
| MAX L. JONES, | § | |
| CONSTANCE V. JONES, ET AL. | § | |
| | § | |
| | § | |
| Defendant. | § | |

## Final Order of Dismissal

1.  The Court, having been advised by counsel that a settlement has been reached, dismisses the case with prejudice.

2.  This Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this __17th__ day of ~~August~~ October 2000.

Hilda G. Tagle
United States District Judge